**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| HALLMARK FINANCIAL SERVICES, INC.,[1] | § § | Case No. 26-80007 (MVL) |
| Debtor. | § § § § | |

**MASTER SERVICE LIST AS OF JUNE 19, 2026**

---

[1] The last four digits of the Debtor's federal tax identification number are 7375. The Debtor's mailing address is 5400 Lyndon B Johnson Fwy, Ste 400, Dallas, Texas 75240.

**STRETTO**

**Debtors' Master Service List**
As of 06/19/2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|
| Access Information Holdings LLC | | PO Box 101048 | | Atlanta | GA | 30392-1048 | 888-869-2727 | | clientsupport@accesscorp.com |
| Alesco Preferred Funding X, Ltd. | c/o Hildene Collateral Management Company LLC | 333 Ludlow Street | South Tower, 5th Floor | Stamford | CT | 06902 | 203-517-2500 | | skurland@hildenecap.com jschechter@hildenecap.com bjefferson@hildenecap.com mmcsherry@hildenecap.com lharris@hildenecap.com |
| Alesco Preferred Funding XIII, Ltd. | c/o Hildene Collateral Management Company LLC | 333 Ludlow Street | South Tower, 5th Floor | Stamford | CT | 06902 | 203-517-2500 | | skurland@hildenecap.com jschechter@hildenecap.com bjefferson@hildenecap.com mmcsherry@hildenecap.com lharris@hildenecap.com |
| Alesco Preferred Funding XVI, Ltd. | c/o Hildene Collateral Management Company LLC | 333 Ludlow Street | South Tower, 5th Floor | Stamford | CT | 06902 | 203-517-2500 | | skurland@hildenecap.com jschechter@hildenecap.com bjefferson@hildenecap.com mmcsherry@hildenecap.com lharris@hildenecap.com |
| Arizona Department of Insurance & Financial Institutions | | 100 North 15th Avenue | Suite 261 | Phoenix | AZ | 85007 | 602-364-3100 | | insurance.consumers@difi.az.gov |
| Arizona Department of Insurance & Financial Institutions | | 2910 N. 44th St., Suite 410 | | Phoenix | AZ | 85018-7271 | | | |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | Phoenix | AZ | 85004 | 602-542-5025 | 602-542-4085 | aginfo@azag.gov |
| Axos Clearing LLC | | 9300 Underwood Avenue | Suite 400 | Omaha | NE | 68114 | | | |
| Bank of New York Mellon Trust Company (Delaware) | | 103 Bellevue Parkway | | Wilmington | DE | 19809 | | | |
| Bank of New York Mellon Trust Company (Delaware) | c/o Morgan Lewis | Attn: Kevin Biron | 101 Park Avenue | New York | NY | 10178-0060 | | | kevin.biron@morganlewis.com |
| Bank of New York Trust Company, N.A. | | 240 Greenwich Street | | New York | NY | 10286 | | | |
| Bank of New York Trust Company, N.A. | c/o Morgan Lewis | Attn: Kevin Biron | 101 Park Avenue | New York | NY | 10178-0060 | | | kevin.biron@morganlewis.com |
| Bank of New York Trust Company, N.A. (Corporate Trust Window) | c/o Morgan Lewis | Attn: Kevin Biron | 101 Park Avenue | New York | NY | 10178-0060 | | | kevin.biron@morganlewis.com |
| Bank of New York Trust Company, N.A. (Corporate Trust Window) | c/o The Bank of New York | 101 Barclay Street, 1st Floor | Corporate Trust Window | New York | NY | 10286 | | | |
| Bank of New York Trust Company, N.A. (Institutional Trustee - Trust II) | Attn: Global Corporate Trust - Hallmark Statutory Trust II | 601 Travis Street, 16th Floor | | Houston | TX | 77002 | | | |
| Bank of New York Trust Company, N.A. (Institutional Trustee - Trust II) | c/o Morgan Lewis | Attn: Kevin Biron | 101 Park Avenue | New York | NY | 10178-0060 | | | kevin.biron@morganlewis.com |
| Bank of NY | | 252 William Penn Place | Suite 153-0400 | Pittsburgh | PA | 15259 | | | |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street, Suite 2200 | San Antonio | TX | 78205 | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@lgbs.com |
| Charles Schwab & Co., Inc. | | 2423 E Lincoln Drive | | Phoenix | AZ | 85016-1215 | | | |
| Dallas County, Gregg County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John K. Turner | 3500 Maple Avenue Suite 800 | Dallas | TX | 75219 | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Goldman Sachs & Co. LLC | | 30 Hudson Street | Proxy Department | Jersey City | NY | 07302 | | | |
| Gray Reed | Attn: Jason S. Brookner, Aaron Kaufman, Lydia Webb & Emily Shanks | 1845 Woodall Rodgers Fwy | Ste 1300 | Dallas | TX | 75201 | 214-954-4135 | 214-953-1332 | jbrookner@grayreed.com akaufman@grayreed.com lwebb@grayreed.com eshanks@grayreed.com |
| Hallmark Financial Services, Inc. | | 5400 Lyndon B Johnson Fwy | Ste 400 | Dallas | TX | 75240 | | | |
| Hare & Co, LLC | | Box 11203 | 500 Ross Street - 154-0455 | Pittsburgh | PA | 15262 | | | |
| Hildene Capital Management, LLC | c/o Fox Rothschild, LLP | Attn: Trey A. Monsour | 2501 North Harwood Street, Suite 1800 | Dallas | TX | 75201 | 214-231-5796 | 972-404-0516 | tmonsour@foxrothschild.com |
| Hildene Capital Management, LLC | c/o Wollmuth Maher & Deutsch LLP | Attn: Paul R. DiFilippo, Joseph F. Pacelli, Artem Volynsky, James Neighbour Lawlor | 500 Fifth Avenue, 12th Floor | New York | NY | 10110 | 212-382-3300 | | jpacelli@wmd-law.com avolynsky@wmd-law.com pdefilippo@wmd-law.com jlawlor@wmd-law.com |
| Hildene Opportunities Master Fund, Ltd. | c/o Hildene Capital Management, LLC | 333 Ludlow Street | South Tower, 5th Floor | Stamford | CT | 06902 | 203-517-2500 | | skurland@hildenecap.com jschechter@hildenecap.com bjefferson@hildenecap.com mmcsherry@hildenecap.com lharris@hildenecap.com |
| Hildene Re SPC, Ltd - SP1 | c/o Hildene Capital Management, LLC | 333 Ludlow Street | South Tower, 5th Floor | Stamford | CT | 06902 | 203-517-2500 | | skurland@hildenecap.com jschechter@hildenecap.com bjefferson@hildenecap.com mmcsherry@hildenecap.com lharris@hildenecap.com |
| Interactive Brokers Retail Equity Clearing | | 8 Greenwich Office Park | | Greenwich | CT | 06831 | | | |
| Internal Revenue Service | | Centralized Insolvency Operation | PO Box 7346 | Philadelphia | PA | 19101-7346 | | | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0012 | | | |
| J.P. Morgan Clearing Corp. | | 14201 Dallas Parkway, 12th FL | | Dallas | TX | 75254 | | | |

In re: Hallmark Financial Services, Inc.
Case No. 26-80007 (MVL)

**STRETTO**

**Debtors' Master Service List**
As of 06/19/2026

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|
| JP Morgan Chase Bank, N.A (Institutional Trustee - Trust I) | Attn: Worldwide Securities Services - Hallmark Statutory Trust I | 600 Travis Street | 50th Floor | Houston | TX | 77002 | 713-216-4781 | 713-216-2101 | |
| JP Morgan Chase Bank, N.A (Institutional Trustee - Trust I) | c/o Eversheds Sutherland | Attn: Todd Meyers | 114 Avenue of the Americas 40th Fl The Grace Building | New York | NY | 10036-7703 | | | toddmeyers@eversheds-sutherland.com |
| JP Morgan Chase Bank, N.A. (Delaware Trustee - Trust I) | Attn: Worldwide Securities Services - Hallmark Statutory Trust I | 500 Stanton Christiana Road, FL3/OPS4 | | Newark | DE | 19713 | | | |
| JP Morgan Chase Bank, N.A. (Delaware Trustee - Trust I) | c/o Eversheds Sutherland | Attn: Todd Meyers | 114 Avenue of the Americas 40th Fl The Grace Building | New York | NY | 10036-7703 | | | toddmeyers@eversheds-sutherland.com |
| LPL Financial Corporation | Kristin Kennedy | 9785 Towne Centre Drive | | San Diego | CA | 92121-1968 | | | |
| Merrill Lynch Pierce Fenner & Smith | Earl Weeks | 4804 Deerlake Dr. E. | | Jacksonville | FL | 32246 | | | |
| Morgan Stanley Smith Barney LLC | | 1585 Broadway Ave | | New York | NY | 10036 | | | |
| National Financial Services LLC | | 200 Seaport Blvd, Z1B | | Boston | MA | 02210 | | | |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | 775-684-1100 | 775-684-1108 | |
| Northern District of Texas Office of the U.S. Trustee | Attn: Meredyth Kippes, Elizabeth A. Young, & Asher Bublick | Earle Cabell Federal Building | 1100 Commerce St Room 976 | Dallas | TX | 75202 | 214-767-8967 | 214-767-8971 | meredyth.kippes@usdoj.gov elizabeth.a.young@usdoj.gov asher.bublick@usdoj.gov |
| Office of the Attorney General of Texas | | 300 W 15th St | | Austin | TX | 78701 | 512-463-2100 | 512-475-2994 | |
| Oklahoma Insurance Department | | 2401 NW 23rd Street, Suite 28 | | Oklahoma City | OK | 73107 | | | |
| Oklahoma Insurance Department | | 3625 NW 56th Street, Suite 100 | | Oklahoma City | OK | 73112 | | | |
| Oklahoma Insurance Department | | 400 NE 50th Street | | Oklahoma City | OK | 73105 | 405-521-2828 | | |
| Oklahoma Insurance Department | | PO Box 53408 | | Oklahoma City | OK | 73152-3408 | | | |
| Oklahoma Office of the Attorney General | | 313 NE 21St St | | Oklahoma City | OK | 73105 | 405-521-3921 | 405-521-6246 | |
| Pershing LLC | | One Pershing Plaza | | Jersey City | NJ | 07399 | | | |
| Raymond James & Associates, Inc. | Corporate Actions | 880 Carillon Parkway | | St. Petersburg | FL | 33716 | | | |
| RBC Capital Markets, LLC | Associate | 60 S 6th St - P09 | | Minneapolis | MN | 55402-4400 | | | |
| Reliance Trust Company/FIS Global Plus | | 1100 Abernathy Road | 500 Northpark Building, Suite 400 | Atlanta | GA | 30328 | | | |
| Sei Privat | | One Freedom Valley Drive | | Oaks | PA | 19456 | 610-676-1000 | | |
| Sei Private Trust Company | | 1 Freedom Valley Drive | | Oaks | PA | 19456 | | | |
| Sei Private Trust Company | c/o GWP | One Freedom Valley Drive | | Oaks | PA | 19456 | | | |
| State of Arizona Secretary of State | | 1700 W Washington, Ste. 1700 | | Phoenix | AZ | 85007-2888 | 602-542-4285 | | |
| State of Oklahoma Secretary of State | | 421 NW 13th St #210, | | Oklahoma City | OK | 73103 | | | |
| State of Texas Secretary of State | | 1100 Congress Ave. | | Austin | TX | 78701 | | | |
| State Street Bank & Trust Co | | 16 Wall St FL 5 | | New York | NY | 10005-1901 | | | |
| Stifel, Nicolaus & Company, Incorporated | | 501 N Broadway | | St Louis | MO | 63102 | | | |
| Tax Appraisal District of Bell County and The County of Comal, Texas | c/o McCreary, Veselka, Bragg & Allen, PC | Attn: Julie Anne Parsons | PO Box 1269 | Round Rock | TX | 78680-1269 | 512-323-3200 | 512-323-3205 | jparsons@mvbalaw.com |
| Texas Department of Insurance | | 1601 Congress Avenue | | Austin | TX | 78701 | | | lo@tdi.texas.gov |
| Texas Department of Insurance | | PO Box 149104 | | Austin | TX | 78714-9104 | | | |
| U.S. Attorney's Office for the Northern District of Texas | | 1100 Commerce Street, Third Floor | | Dallas | TX | 75242-1699 | 214-659-8600 | | usatxn.usao@usdoj.gov |
| U.S. Bank N.A. | | 1555 N Rivercenter Drive | Suite 302 | Milwaukee | WI | 53212 | 414-905-5010 | | |
| United States Securities and Exchange Commission (SEC) | | 100 F Street, NE | | Washington | DC | 20549 | | 202-772-9295 | |
| United States Securities and Exchange Commission (SEC) | Attn: Andrew Calamari | Regional Director Brookfield Place | New York Regional Office 200 Vesey Street, Ste 400 | New York | NY | 10281-1022 | 212-336-1100 | | nyro-bankruptcy@sec.gov |
| Vanguard Marketing Corporation | | 14321 N. Northsight Boulevard | | Scottsdale | AZ | 85260 | 480-713-8169 | 480-713-0970 | |
| Wedbush Securities Inc. | | 1000 Wilshire Blvd | | Los Angeles | CA | 90030 | | | |
| Wells Fargo Clearing Services LLC | | 1 N Jefferson Ave | | St. Louis | MO | 63103 | 800-603-1584 | 866-878-4014 | |
| Wilmington Savings Fund Society, FSB | c/o Eversheds Sutherland (US) LLP | Attn Todd C. Meyers | 600 Peachtree Street NE, Suite 5200 | Atlanta | GA | 30308 | 404-868-6645 | | toddmeyers@eversheds-sutherland.com |
| Wilmington Savings Fund Society, FSB | c/o Eversheds Sutherland (US) LLP | Attn: John J. Ramirez | 1114 Avenue of the Americas, 40th Floor | New York | NY | 10036 | 212-389-5000 | | johnramirez@eversheds-sutherland.com |
| Wilmington Savings Fund Society, FSB | c/o Eversheds Sutherland (US) LLP | Attn: Phyllis Y. Young | 1001 Fannin Street, Suite 3700 | Houston | TX | 77002-6760 | 713-469-4447 | 713-654-1301 | phyllisyoung@eversheds-sutherland.com |

In re: Hallmark Financial Services, Inc.
Case No. 26-80007 (MVL)